IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02522-RPM

GREGG S. HEMMING,

    Plaintiff,

v.

REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, a Texas corporation,

    Defendant.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **February 29, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The motion to dismiss [10] will be heard at that time. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judgesframe.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 21, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: January 15, 2008

                                                       BY THE COURT:
                                                       s/Richard P. Matsch

                                                       _____
                                                       Richard P. Matsch, Senior District Judge