IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02522-RPM

GREGG S. HEMMING,

    Plaintiff,

v.

REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, a Texas corporation,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation of Dismissal [15] filed on May 15, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs and fees.

Dated: May 19th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge